| | | | | |
|---|---|---|---|---|
| P.J.H., In re ................... | 11A04–1606–JT–1224 | 12/22/2016 | ROBB, J.<br>KIRSCH, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Bacon v. State ................. | 79A02–1604–PC–789 | 12/22/2016 | MATHIAS, J.<br>ROBB, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Brenneman v. Brenneman ....... | 79A05–1508–DR–1074 | 12/22/2016 | ROBB, J.<br><br>MATHIAS, J.<br>BROWN, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Shirely v. State ................ | 02A03–1608–CR–1735 | 12/22/2016 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Jackson v. State................ | 33A05–1606–CR–1501 | 12/22/2016 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Community Park Investments, Inc. v. Mahoney.............. | 46A05–1601–PL–160 | 12/22/2016 | BROWN, J.<br><br>ROBB, J.<br>MATHIAS, J. | Affirmed and Remanded<br>Concurs<br>Concurs |
| Gasser Chair Co., Inc. v. Nordengreen ...................... | 45A05–1606–CT–1226 | 12/22/2016 | ROBB, J.<br><br>MATHIAS, J.<br>BROWN, J. | Reversed and Remanded<br>Concurs<br>Concurs |
| Lasos v. State.................. | 49A02–1604–CR–772 | 12/22/2016 | BAILEY, J.<br>NAJAM, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| D.P. v. State ................... | 47A01–1607–JV–1697 | 12/22/2016 | PYLE, J.<br>BAKER, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| C.R., In re Guardianship of ...... | 79A02–1603–GU–569 | 12/27/2016 | RILEY, J.<br>BAILEY, J.<br>BARNES, J. | Reversed<br>Concurs<br>Concurs |
| Barrus v. State................. | 35A02–1605–CR–1170 | 12/27/2016 | FRIEDLANDER, Sr.J.<br>BRADFORD, J.<br>BROWN, J. | Affirmed and Remanded<br>Concurs<br>Concurs |